IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ANNETTE SUTPHIN,

        Plaintiff,

v.                                                              CIVIL ACTION NO.   2:14-cv-01379

ETHICON, INC.,

        Defendant.

**ORDER**

The court has been advised by counsel of the pending settlement of this action. [ECF No. 410]. The court, therefore, finds it unnecessary to conduct further proceedings or to keep this case on the active docket.  Accordingly, the court **ORDERS** as follows:

1. That any remaining requirements of applicable Scheduling Orders be continued.

2. That the Clerk retire this action from the active docket.  The parties may submit an agreed order of dismissal within ninety (90) days of the entry of this Order.  Otherwise, dismissal will be without prejudice.

The court will reinstate this case to the active docket if one of the parties shows good cause for such reinstatement within ninety (90) days of the entry of this Order.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:        November 20, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE